

FILED
CLERK, U.S. DISTRICT COURT

May 31, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHEILA SESSIONS, as an individual,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>PROSPECT FUNDING HOLDINGS LLC, a Florida Limited Liability Company, PROSPECT FUNDING HOLDINGS (NY) LLC (former entity name, "Prospect Funding Holding LLC"), a New York Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants and Counter-Claimants. | Case No. 5:16-cv-02620 SJO-DTB<br><br>**AMENDED JUDGMENT** |

      On March 29, 2019, this Court entered Judgment in favor of Defendants and Counter-Claimants PROSPECT FUNDING HOLDINGS LLC and PROSPECT FUNDING HOLDINGS (NY) LLC against Plaintiff and Counter-Defendant SHEILA SESSIONS, an individual in the amount of $485,207 (Docket #181). On May 17, 2019 this Court issued an Order granting Defendants and Counter-Claimants' motion for an award of attorneys' fees and costs awarding Defendants attorneys' fees in the amount

of $163,160.80 and costs in the amount of $5,046.02, to be paid by Plaintiff and Counter-Defendant (Docket #187).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The Judgment shall be and hereby is amended to add Defendants and Counter-Claimants PROSPECT FUNDING HOLDINGS (NY) LLC and PROSPECT FUNDING HOLDINGS LLC, attorneys' fees in the amount of $163,160.80 and costs in the amount of $5,046.02 to the Judgment. Therefore, Defendants and Counter-Claimants PROSPECT FUNDING HOLDINGS (NY) LLC and PROSPECT FUNDING HOLDINGS LLC are hereby awarded final judgment on their affirmative claims for relief against Plaintiff SHEILA SESSIONS in the sum of $653,413.82, as the prevailing party in this action, pursuant Rule 55(b) of the Federal Rules of Civil Procedure and under Local Rule 55-1.

This Court shall maintain jurisdiction over this matter to enforce this Judgment, and to award such other equitable and further relief as the Court deems just and proper.

**JUDGMENT IS SO ENTERED.**

DATED: May 31, 2019

*S. James Otero*
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

KYL4827-5824-6808.2

Submitted by:

STEFAN PEROVICH, CASB No. 245580
stefan.perovich@kyl.com
BRYCE CULLINANE, CASB No. 307079
bryce.cullinane@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Defendants and Counter-Claimants PROSPECT FUNDING HOLDINGS LLC and PROSPECT FUNDING HOLDINGS (NY) LLC